**NJID 813829**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A., SUCCESSOR BY MERGER TO SOUTHTRUST BANK, FORMERLY KNOWN AS SOUTHTRUST BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| ROBERT BONGIORNO DBA | |
| ROBERT BONGIORNO | : CASE NO.  18-16626-CMG |
| | : **NOTICE OF MOTION FOR** |
| Debtor | : **RELIEF FROM** |
| | : **STAY** |

ROBERT BONGIORNO DBA ROBERT
BONGIORNO
160 N. MASTERS DR.
MONROE TOWNSHIP, NJ 08831

ROBERT BONGIORNO DBA
ROBERT BONGIORNO
CANTERBURY CT
ALPINE, NJ 07620 NKA
2 CANTERBURY CT
ALPINE, NJ 07620

ADAM SCHNEIDER, Esquire
1141 LINCOLN SQUARE
LONG BRANCH, NJ 07740

KAREN E. BEZNER, TRUSTEE
567 PARK AVENUE, SUITE 103
SCOTCH PLAINS, NJ 07076

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WACHOVIA BANK,

N.A., SUCCESSOR BY MERGER TO SOUTHTRUST BANK, FORMERLY KNOWN AS

SOUTHTRUST BANK, NATIONAL ASSOCIATION (hereinafter 'Movant') has filed papers with

the Court to have an Order entered granting it relief from the automatic stay against the property

commonly known as CANTERBURY COURT, ALPINE, NJ 07620 NKA 2 CANTERBURY COURT, ALPINE, NJ 07620.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Movant relief from the automatic stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before 10/16/2018 you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, NJ 80608.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| /s/ Sherri J. Smith | KAREN E. BEZNER, TRUSTEE |
| Sherri J. Smith, Esq. | 567 PARK AVENUE, SUITE 103 |
| Phelan Hallinan Diamond & Jones, PC | SCOTCH PLAINS, NJ 07076 |
| 400 Fellowship Road, Suite 100 | |
| Mt. Laurel, NJ 08054 | U.S. TRUSTEE |
| Tel: 856-813-5500 Ext. 47923 | US DEPT OF JUSTICE |
| Fax: 856-813-5501 | OFFICE OF THE US TRUSTEE |
| Email: Sherri.Smith@phelanhallinan.com | ONE NEWARK CENTER STE 2100 |
| | NEWARK, NJ 07102 |

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on 10/23/2018 at 10:00 AM at the United States Bankruptcy Courthouse, U.S. Bankruptcy Court, 402 East State Street, Courtroom #3, Trenton, NJ 80608, before the Honorable CHRISTINE M. GRAVELLE, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: September 26, 2018

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com