| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Gorski & Knowlton PC<br>By: Carol L. Knowlton, Esquire<br>311 Whitehorse Ave, Suite A<br>Hamilton, New Jersey 08610<br>(609) 964-4000<br>(609) 585-2553 - facsimile<br>cknowlton@gorskiknowlton.com<br>Attorneys for creditors, Joseph & Joan Bongiorno | |
| In Re:<br><br>Debtor Estate of Robert Bongiorno<br><br><br><br>Debtor(s) | Chapter 7<br><br>Case No. 18-16626-CMG<br><br>Judge: Christine M. Gravelle<br><br>Hearing Date: February 19, 2019 |

## NOTICE OF MOTION FOR AUTHORIZATION TO FILE
## <u>LATE PROOF OF CLAIM</u>

To: Karen E. Bezner
      567 Park Avenue, Suite 103
      Scotch Plains, NJ 07076
      Chapter 7 Trustee

      Adam Schneider
      Law Office of Adam Schneider
      1141 Lincoln Square
      Long Branch, NJ 07740
      Attorney for Debtor

      Creditors as indicated on attached Service List

      **PLEASE TAKE NOTICE** that the undersigned, as counsel for creditors, Joseph and Joan Bongiorno, shall move before the Honorable Christine M. Gravelle, U.S.B.J., United States Bankruptcy Court, 402 East State Street, Courtroom 3, Trenton, New Jersey 08608, on Tuesday, February 19, 2019, at 10:00

a.m**.**, prevailing time, or as soon thereafter as counsel may be heard, for an Order Authorizing the filing of a Proof of Claim out of time.

In support of this motion, the undersigned shall rely upon the annexed certification, letter brief, and oral argument if timely opposition is filed.

Any opposition to this motion must be filed and served so as to be received at least seven (7) days prior to the hearing date.

                                                    GORSKI & KNOWLTON PC
                                                    Attorneys for Creditors,
                                                    Joseph & Joan Bongiorno

                                                          */s/ Carol L. Knowlton*

Dated:  January 21, 2019                      BY:_____
                                                    CAROL L. KNOWLTON, ESQUIRE

**SERVICE LIST**

Valerie Smith, Senior Manager
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
On behalf of Synchrony Bank

Ed Gezel, Agent
BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011
On behalf of Mercedes-Benz Financial Services USA LLC

R.A. Lebron, Esquire
Fein Such Kahn & Shepard, P.C.
7 Century Drive, Suite 201
Parsippany, NJ 07054
Attorneys for Wells Fargo Bank, N.A.

Glenn R. Reiser, Esquire
LoFaro & Reiser, LLP
20 Court Street
Hackensack, NJ 07601
Attorneys for Marete Bommen

Bruce J. Duke, Esquire
Tabernacle Legal Group
PO Box 1418
648 Tabernaclle Road
Medford, NJ 08055
Attorneys for David Heffering, Apryll Heffring, & Kenneth Trevena

Noah A. Schwartz, Esquire
Davison, Eastman, Munoz, Lederman & Paone, P.A.
100 Willow Brook Road, Suite 100
Freehold, NJ 07728
Attorneys for Jeffrey T. Smith

Nicholas V. Rogers, Esquire
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Attorneys for Wells Fargo Bank, N.A.

John P. Schneider, Esquire
McElroy Deutsch Mulvaney & Carpenter, LLP
570 Broad Street, Suite 1500
Newark, NJ 07102
Attorneys for Scott Robinson